| | |
|---|---|
| Michelle L. Roberts, State Bar No. 239092<br>Email: michelle@ssrlawgroup.com<br>Cassie Springer Ayeni, State Bar No. 221506<br>Email: cassie@ssrlawgroup.com<br>SPRINGER & ROBERTS LLP<br>1050 Marina Village Pkwy., Suite 105<br>Alameda, CA 94501<br>Tel: (510) 992-6130<br>Fax: (510) 280-7564<br>*Attorneys for Plaintiff,*<br>**AMY HIRSCHKRON** | Donald P. Sullivan (SBN 191080)<br>Email: donald.sullivan@wilsonelser.com<br>Francis Torrence (SBN 154653)<br>francis.torrence@wilsonelser.com<br>WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER LLP<br>525 Market Street - 17th Floor<br>San Francisco, California 94105<br>Tel: (415) 433-0990<br>Fax: (415) 434-1370<br><br>Edna S. Kersting (*pro hac vice*)<br>Email: edna.kersting@wilsonelser.com<br>WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER LLP<br>55 West Monroe Street - Suite 3800<br>Chicago, IL 60603-5001<br>Tel: (312) 704-0550<br>Fax: (312) 704-1522<br>*Attorneys for Defendant ,*<br>**PRINCIPAL LIFE INSURANCE COMPANY** |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY HIRSCHKRON,<br><br>          Plaintiff,<br><br>     vs.<br><br>PRINCIPAL LIFE INSURNACE COMPANY,<br><br>          Defendant. | Case No. 15–00664 JD<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>**FED. R. CIV. P. 41(a)** |

**TO THE CLERK OF THE COURT, THE HONORABLE JAMES DONATO, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

In execution of a settlement and release agreement between the parties, it is hereby stipulated by and between Plaintiff AMY HIRSCHKRON and Defendant PRINCIPAL LIFE INSURANCE COMPANY, through their respective attorneys of record, that the above-captioned

1  action shall be, and hereby is, dismissed with prejudice.  Each party shall bear its own attorneys'
2  fees and costs.

3  **IT IS SO STIPULATED.**

4

5  Dated:  November 12, 2015                SPRINGER & ROBERTS LLP

6

7                                           By:   /s/ Michelle L. Roberts
                                                  Michelle L. Roberts
8                                                 Attorneys for Plaintiff
                                                  Amy Hirschkron
9

10 Dated:  November 12, 2015                WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                            DICKER LLP
11

12
                                            By:   /s/ Edna S. Kersting
13                                                Edna S. Kersting
                                                  Attorneys for Defendant
14                                                Principal Life Insurance Company

15                       **SIGNATURE ATTESTATION**

16     I, Michelle L. Roberts, hereby attest that concurrence in the filing of the document has been
17 obtained from the other signatory on this document.

18 Dated: November 12, 2015                  By: /s/*Michelle L. Roberts*
                                                 Michelle L. Roberts
19

20

21 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22     This action is hereby dismissed with prejudice.  The Case Management Conference
23 scheduled for December 9, 2015, and all other case deadlines shall be vacated.  Each party shall
24 bear its own attorneys' fees and costs.

25

26 Dated:  November  13 , 2015
                                                  Hon. James Donato
27                                                Judge, United States District Court

28